218

No attorney on appeal for appellant.

William H. Scott, Crim. Dist. Atty., King C. Haynie, Asst. Crim. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated, with a prior conviction alleged to enhance the punishment; the punishment, three years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed. No motion for rehearing will be entertained.

WOODLEY, Judge.

This is a conviction for the second offense of driving a motor vehicle upon a public highway while intoxicated upon a plea of guilty before the court, the punishment assessed being 2 years in the penitentiary.

There is no statement of facts, and nothing is presented for review.

The judgment is affirmed. No motion for rehearing will be entertained.

## McGOWAN v. STATE.
### No. 26404.

Court of Criminal Appeals of Texas.
June 3, 1953.

## COOK v. STATE.
### No. 26504.

Court of Criminal Appeals of Texas.
June 24, 1953.

No attorney on appeal for appellant.

William H. Scott, Crim. Dist. Atty., King C. Haynie, Asst. Crim. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.